**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**THEODORE J. THOMPSON**                                                                    **PLAINTIFF**

**V.**                                      **4:10-CV-00082-BSM**

**NETSPEND CORPORATION, et al.**                                                    **DEFENDANTS**

## ORDER

The parties submit an agreed motion to dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) (Doc. No. 14). They report that they have settled the dispute on confidential terms and that plaintiff Theodore J. Thompson has agreed to dismiss all claims. Each party will pay their own attorney's fees and costs.

Accordingly, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE